UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:05-cr-00010-SEB-MGN |
| ROBERT CARL WILSON (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Michael Naville's Report and Recommendation that Robert Carl Wilson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), and Title 18 U.S.C. §3583(e) and (g), the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his conditions of supervised release revoked and Defendant shall be committed to the Bureau of Prisons to serve a term of imprisonment of twelve (12) months.

2. Upon release from confinement, the Defendant shall be returned to supervised release for life with the same terms and conditions previously imposed.

SO ORDERED this 20th day of May, 2014.

Distribution:

Larry D. Simon
ssimpson@bluegrass.net

Steven D. DeBrota
steve.debrota@usdoj.gov

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana